**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON FORD, *et al.*,<br><br>　　　　　　　　Defendant. | Case No. 3:20-CV-0501-JAD-CLB<br><br>**ORDER DENYING MOTION FOR ENTRY OF CLERK'S DEFAULT**<br><br>[ECF No. 48] |

　　　Before the court is Plaintiff Willie Smith's ("Smith") motion for entry of Clerk's default against Defendant Shakayla St. Mary. (ECF No. 48).

　　　On December 1, 2021, the Court stayed this matter until the Ninth Circuit issued its final ruling related to the most recent appeal.[1] (ECF No. 42). The Ninth Circuit dismissed the appeal for lack of jurisdiction because the order was not final or appealable. (ECF No. 43.) The Ninth Circuit issued its mandate, (ECF No. 44), and the District Court entered an order on mandate on March 9, 2022. (ECF No. 50.) Therefore, this case was stayed until March 9, 2022 and default is not appropriate. Smith's motion for entry of Clerk's default is **DENIED**. (ECF No. 48.)

　　　The stay in this case is now lifted. Defendants answer or other response is due on or before **April 15, 2022**. Any response to Smith's objection to magistrate's order, (ECF No. 37), is due on or before **March 28, 2022**.

**DATED**: March 14, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[1] Smith has filed three notices of appeal in this case. (ECF Nos. 5, 11, 35.) Due to clerical error, the Court's order ECF No. 42 references the wrong case number for the most recent appeal - Case No. 21-164042. The correct case number of the most recent appeal is Case No. 21-16907.