UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE T. SMITH, | Case No.: 3:20-cv-0501-JAD-CLB |
| Plaintiff | |
| v. | **Order Granting Motion to Extend Time** |
| AARON FORD, et al., | [ECF No. 53] |
| Defendants | |

Plaintiff and pro se Nevada state prisoner Willie T. Smith moves to extend his deadline to object to the magistrate judge's order denying the motion to vacate the screening order.[1]  Good cause appearing, IT IS ORDERED that Smith's Motion to Extend Time **[ECF No. 53] is GRANTED**.  Smith's deadline to file an objection to, or appeal of, that order [ECF No. 49] is extended to March 28, 2022.

Dated: March 23, 2022

                                                                  _____
                                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 49.