UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE T. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>AARON FORD, *et al.*,<br><br>    Defendants. | Case No. 3:20-CV-00501-ART-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

   On November 28, 2022, Defendants filed a motion for summary judgment. (ECF No. 67).  Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 70).  Plaintiff was required to file an opposition to the motion by on or before Tuesday, December 20, 2022. (ECF No. 70).  To date, Plaintiff has not filed an opposition or otherwise responded to the motion.

   Therefore, the Court *sua sponte* grants Plaintiff an extension of time to **Friday, January 20, 2023** to file an opposition to the motion for summary judgment.  No further extensions of time shall be granted absent extraordinary circumstances.  If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

   DATED: December 22, 2022

                        _____
                         UNITED STATES MAGISTRATE JUDGE